# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNELL C. COLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERRY LOPEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-01534-LJO-SKO PC<br><br>ORDER (1) ADOPTING FINDINGS AND RECOMMENDATIONS, (2) GRANTING IN PART AND DENYING IN PART DEFENDANTS LOPEZ, SCHAEFER, CHEN, TUHIN, AND SHITTU'S MOTIONS TO DISMISS, AND (3) REQUIRING DEFENDANTS TO FILE ANSWER WITHIN TWENTY DAYS<br><br>(Docs. 14, 19, and 29) |

　　　　Plaintiff Larnell C. Collins, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 12, 2011. This action is proceeding against Defendants Lopez, Schaefer, Chen, Tuhin, Negre, and Shittu for violation of the Eighth Amendment, arising out of the failure to provide adequate medical care for Plaintiff's fractured hand. 28 U.S.C. § 1915A.

　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 7, 2013, the Magistrate Judge filed a Findings and Recommendations recommending that Defendants Lopez, Tuhin, Chen, Schaefer, and Shittu's Motions to Dismiss be granted in part and denied in part. The parties were provided fourteen days within which to file Objections and none were filed.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis, and they shall be adopted in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on August 7, 2013, is adopted in full;

2. Defendants Lopez, Tuhin, Chen, Schaefer, and Shittu's Motions to Dismiss, filed on February 14, 2013, and April 5, 2013, are GRANTED IN PART and DENIED IN PART as follows:

   a. Defendants' motion to dismiss the official capacity claim against Defendant Lopez is GRANTED and the claim is dismissed, with prejudice;

   b. Defendants' motion to dismiss Plaintiff's claims as barred by the statute of limitations is DENIED; and

   c. Defendants' motions to dismiss the claims against them for failure to state a claim upon which relief may be granted are DENIED, with prejudice; and

3. Defendants Lopez, Tuhin, Chen, Schaefer, and Shittu shall file an answer to Plaintiff's Complaint within **twenty (20) days**.

IT IS SO ORDERED.

Dated:   **September 3, 2013**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2