# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNELL C. COLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERRY LOPEZ, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:11-cv-01534-LJO-SKO PC<br><br>ORDER DENYING MOTION FOR COPY OF DEFENDANT LOPEZ'S ANSWER AS MOOT IN LIGHT OF DEFENDANT'S NOTICE OF ERRATA<br><br>(Doc. 48 and 51) |

Plaintiff Larnell C. Collins, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 12, 2011. On November 12, 2013, Plaintiff filed a motion requesting a copy of Defendant Lopez's answer. Plaintiff represents that the copy served on him on October 23, 2013, was missing page 12.

On November 20, 2013, Defendant Lopez filed a notice of errata concerning unrelated issues, supported by a copy of her answer. Given the service of this notice on Plaintiff, Plaintiff is now in possession of Defendant Lopez's complete answer and his motion for a copy is HEREBY ORDERED DENIED as moot.

IT IS SO ORDERED.

Dated: **January 10, 2014**          /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE