# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNELL C. COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHERRY LOPEZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No.  1:11-cv-01534-LJO-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT NEGRE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND GRANTING DEFENDANT NEGRE'S MOTION TO DISMISS ON THE GROUND OF QUALIFIED IMMUNITY<br><br>(Docs. 28 and 50) |

　　　　Plaintiff Larnell C. Collins, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 12, 2011.  This action is proceeding against Defendants Lopez, Schaefer, Chen, Tuhin, Negre, and Shittu for violation of the Eighth Amendment, arising out of the failure to provide adequate medical care for Plaintiff's fractured hand.  28 U.S.C. § 1915A.

　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On November 14, 2013, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days.  No Objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 14, 2013, is adopted in full; and

2. Defendant Negre's motion to dismiss, filed on July 18, 2013, is DENIED as to the argument that Plaintiff's allegations fail to state a claim for relief and GRANTED on the ground of qualified immunity.

IT IS SO ORDERED.

Dated:   **January 10, 2014**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE