KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
RUSSA M. BOYD, State Bar No. 239380
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 319-9476
 Facsimile:  (916) 324-5205
 E-mail: Russa.Boyd@doj.ca.gov
*Attorneys for California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARNELL C. COLLINS**,<br><br>                                    Plaintiff,<br><br>    v.<br><br>**CALIFORNIA DEPTARTMENT OF CORRECTIONS AND REHABILITATION**,<br><br>                                    Defendant. | Case No. 1:11-cv-01534-LJO-SKO (PC)<br><br>**ORDER FOLLOWING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>(Docs. 59 and 60) |

Plaintiff Larnell C. Collins voluntarily dismissed this entire action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:11-CV-1534 SKO)

1 | Dated: _____  *Signature on file*
2 |                                                Plaintiff

5 | Dated: _____  *Signature on file*
6 |    Russa M. Boyd
   Deputy Attorney General
7 |    California Attorney General's Office
   *Attorney for CDCR*

    In accordance with the parties' stipulation, this action is HEREBY DISMISSED with prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

    Dated:  **March 19, 2014**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:11-CV-1534 SKO)